UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MENDOZA, JAMES HUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendant. | Case No.: 1:17-cv-00839-LJO-SKO<br><br>**ORDER RE DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Hon. Lawrence J. O'Neill |

Having reviewed and considered Defendant Electrolux Home Products, Inc.'s Request to Seal Documents, and accompanying documents, including the proposed redacted brief, and good cause appearing therefore, the Court hereby **ORDERS** Defendant's Request is **GRANTED** in its entirety.

IT IS SO ORDERED.

Dated:  **August 14, 2017**           /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE