Christopher T. Heffelfinger (SBN 118058)
Todd A. Seaver (SBN 271067)
A. Chowning Poppler (SBN 272870)
**BERMAN DEVALERIO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: cheffelfinger@bermandevalerio.com
       tseaver@bermandevalerio.com
       cpoppler@bermandevalerio.com

*Attorneys for Plaintiffs and Proposed Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ERIKA MENDOZA, JAMES HUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendant | Case No.: 1:17-cv-00839-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS**<br><br>Date:      August 21, 2017<br>Time:      8:30 a.m.<br>Judge:     Hon. Lawrence J. O'Neill<br>Courtroom: 4, 7th Floor |

**IT IS HEREBY ORDERED:**

This matter comes before the Court on the Plaintiffs' Request to Seal Documents and File Redacted Versions ("Request") pursuant to Civil Local Rules 140 and 141.

Upon consideration of the Request, the papers submitted in support thereto, and good cause appearing, the Request is GRANTED.

Accordingly, Plaintiffs are permitted to file redacted versions of Plaintiffs' Reply in Support of Motion for Remand, the Declaration of Charles J. Kocher in Support of Plaintiffs' Reply in Support of Motion to Remand ("Kocher Decl."), and Exhibits F, G, J, K, L, and M appended to the Kocher Decl. on the public docket.  Plaintiffs will email the unredacted versions of the documents to ApprovedSealed@caed.uscourts.gov for filing under seal.  Only the parties' counsel of record, the Court and its staff shall have access to the unredacted documents.

IT IS SO ORDERED.

Dated:   **August 15, 2017**              /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE