UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MENDOZA, JAMES HUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendant. | Case No.: 1:17-cv-00839-LJO-SKO<br><br>ORDER GRANTING DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S REQUEST TO SEAL DOCUMENTS<br><br>(ECF No. 40) |

Having reviewed and considered Defendant Electrolux Home Products, Inc.'s Request to Seal Documents, and accompanying documents, including the proposed redacted Sur-Reply, proposed redacted Supplemental Declaration of Christopher Smith ("Supp. Smith Declaration"), all Exhibits to the Supp. Smith Declaration, and proposed redacted Declaration of Andy Reed, and good cause appearing therefore, the Court hereby **ORDERS** Defendant's Request is **GRANTED** in its entirety.

IT IS SO ORDERED.

Dated:   **September 5, 2017**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE