# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MENDOZA and JAMES HUNT, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>　　　　　Defendant.<br>_____/ | Case No.  1:17-cv-00839-LJO-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE THE RULE 26 SCHEDULING CONFERENCE**<br><br>(Doc. 42) |

　　　　The parties having so stipulated (Doc. 42) and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Conference currently set for September 28, 2017, is continued to December 12, 2017, at 10:15 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto.  The parties are to file their Joint Scheduling Report no later than seven days prior to the Conference.

IT IS SO ORDERED.

Dated: **September 8, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE