Caitlin C. Blanche (SBN 254109)
caitlin.blanche@klgates.com
K&L Gates LLP
1 Park Plaza Twelfth Floor
Irvine, CA  92614
T: (949) 253-0900
F: (949) 253-0902

Michael S. Nelson (*pro hac vice*)
michael.nelson@klgates.com
K&L Gates LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA 15222-2613
T: (412) 355-6500
F: (412) 355-6501

Patrick J. Perrone (*pro hac vice*)
patrick.perrone@klgates.com
Loly G. Tor (*pro hac vice*)
loly.tor@klgates.com
K&L Gates LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102
T: (973) 848-4000
F: (973) 848-4001

Attorneys for Defendants
ELECTROLUX HOME PRODUCTS, INC.,
LOWE'S HOME CENTERS, LLC, and
MODESTO DIRECT APPLIANCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIKA MENDOZA, JAMES HUNT, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ELECTROLUX HOME PRODUCTS, INC., SHARP MANUFACTURING COMPANY OF AMERICA, a Division of SHARP ELECTRONICS CORPORATION; SHARP APPLIANCES THAILAND LIMITED; MIDEA AMERICA CORP.; MIDEA MICROWAVE AND ELECTRICAL APPLIANCES MANUFACTURING CO. LTD.; LOWE'S HOME CENTERS, LLC; MODESTO DIRECT APPLIANCE, INC.; AND ABC CORP. 1-10,

Case No.: 1:20-cv-1133

**STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT**

Current Deadline:   August 27, 2020
New Deadline:        September 4, 2020

Defendants.

Plaintiffs Erika Mendoza and James Hunt (together, "Plaintiffs") and Defendants Electrolux Home Products, Inc., Lowe's Home Centers, LLC, and Modesto Direct Appliance, Inc. (collectively, "Defendants"), through their counsel, and defendants Sharp Manufacturing Company of America, a Division of Sharp Electronics Corporation, Sharp Appliances Thailand Limited, Midea America Corp., Midea Microwave and Electrical Appliances Manufacturing Co. Ltd. having consented to the entry of this Stipulation, hereby stipulate as follows:

WHEREAS, on May 19, 2017, Plaintiffs filed a putative class action complaint against Electrolux Home Products, Inc., in the Superior Court of the State of California; and

WHEREAS, on June 22, 2017, Electrolux Home Products, Inc., removed the action to this Court; and

WHEREAS, on November 2, 2017, upon a motion by Electrolux Home Products, Inc., this Court transferred this action to the United States District Court for the Middle District of Pennsylvania; and

WHEREAS, on August 20, 2018, this action was consolidated with two other actions pending in the United States District Court for the Middle District of Pennsylvania, *Rice, et al. v. Electrolux Home Products, Inc., et al.*, Case No. 4:15-cv-00371-MWB, and *Mauro v. Electrolux Home Products, Inc., et al.*, Case No. 4:18-cv-00539-MWB, for purposes of discovery and pre-trial management (the "Consolidated Action"); and

WHEREAS, the Consolidated Action was subject to a Protective Order, which governed, among other things, the exchange and production of materials containing confidential and highly confidential information and which was entered by the court on October 11, 2018; and

WHEREAS, on August 13, 2020, the court in the Consolidated Action pending in the Middle District of Pennsylvania, upon a motion for reconsideration by Plaintiffs, ordered that Plaintiffs' action be retransferred to this Court and further granted Plaintiffs leave to file an amended complaint in this action by August 27, 2020; and

WHEREAS, Plaintiffs have advised that the amended complaint they intend to file in this action contains information from materials that were designated as "Confidential" or "Highly Confidential" in the Consolidated Action pursuant to the October 11, 2018 Protective Order; and

WHEREAS, in order to comply with Local Civil Rule 79-5.2.2, which provides that no document may be filed under seal without prior approval by the Court, and that a party seeking to file documents under seal must seek leave of the Court in time to receive a determination on the motion to seal before filing the proposed sealed document, the parties respectfully request that the deadline for Plaintiffs to file an amended complaint be extended up to and including September 4, 2020, so that the Defendants may have additional time to determine whether it is necessary to file a motion to seal and, if it is necessary, to file a motion to seal the amended complaint;

**THE PARTIES HEREBY STIPULATE AND REQUEST AS FOLLOWS:**

Plaintiffs shall have an extension of eight days, up to and including September 4, 2020, in which to file an amended complaint.

Dated: August 27, 2020          SALTZ MONGELUZZI & BENDESKY

*/s/Simon Paris*

Simon Paris
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: 215.496.8282
Facsimile: 215.496.0999
E-mail: sparis@smbb.com

Attorney for Plaintiffs Erika Mendoza and James Hunt

Dated: August 27, 2020          K&L GATES LLP

*/s/ Caitlin Blanche*

Caitlin C. Blanche
1 Park Plaza Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile: (949) 253-0902
E-mail: caitlin.blanche@klgates.com

Attorney for Defendants Electrolux Home Products, Inc., Lowe's Home Centers, LLC, and Modesto Direct Appliance, Inc.

-3-

## <u>CERTIFICATE OF SERVICE</u>

*Mendoza, et al v. Electrolux Home Products, Inc., et al.*
*Case No.: 1:20-cv-1133*

I am employed in the county of Orange County, State of California.  I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 1 Park Plaza, Twelfth Floor, Irvine, CA 92614.

On August 27, 2020, I served the following document(s):  **STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT** on the interested parties in this action by delivering a true copy thereof as follows:

### PLEASE SEE ATTACHED SERVICE LIST

☒ **BY ECF:** The undersigned certifies that the document listed above was filed this 27th Day of August, 2020. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system (ECF). Parties may access this filing via the Court's ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2020, at Irvine, California.

/s/Michelle Moya
Michelle Moya

-4-
STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT
CASE NO.: 1:20-cv-1133

**SERVICE LIST**

A. Chowning Poppler
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Tel: 415-433-3200
Fax: 415-433-6382
Cheffelfinger@bermantabacco.com
Cpoppler@bermantabacco.com

Simon Bahne Paris , PHV
**SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.**
120 Gibraltar Road, Suite 218
Horsham, PA 19044
Tel: 215-575-3986
Fax: 215-754-4443
Sparis@smbb.com

Charles J. Kocher , PHV
**MCOMBER MCOMBER & LUBER P.C.**
39 East Main Street
Marlton, NJ 08053
Tel: 856-985-9800
Cjk@njlegal.com

Bridget E. Montgomery
**Eckert Seamans Cherin & Mellott, LLC**
213 Market St 8th Floor
Harrisburg, PA 17101
Tel: 717-237-6054
Fax: 717-237-6019
Bmontgomery@eckertseamans.com

Kelly Robreno Koster
**Eckert Seamans Cherin & Mellott, LLC**
Suite 700 10 Bank Street
White Plains, NY 10606
Tel: 914-949-5424
Kkoster@eckertseamans.com

Edward A. Greenberg
**Ward Greenberg Heller & Reidy, LLP**
1835 Market Street Suite 650
Philadelphia, PA 19103
Tel: 215-836-1100
Egreenberg@wardgreenberg.com

-5-
STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT
CASE NO.: 1:20-cv-1133

Gabrielle A Giombetti
**Fisher & Phillips LLP**
150 North Radnor Chester Rd Suite C300
Wayne, PA 19087
Tel: 610-230-2150
Ggiombetti@fisherphillips.com

Gerhard P. Dietrich
**Ward Greenberg Heller & Reidy, LLP**
1835 Market Street Suite 650
Philadelphia, PA 19103
Tel: 215-836-1881
Fax: 215-836-2845
Gdietrich@wardgreenberg.com