UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MENDOZA, JAMES HUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC., SHARP MANUFACTURING COMPANY OF AMERICA, a Division of SHARP ELECTRONICS CORPORATION; SHARP APPLIANCES THAILAND LIMITED; MIDEA AMERICA CORP.; MIDEA MICROWAVE AND ELECTRICAL APPLIANCES MANUFACTURING CO. LTD.; LOWE'S HOME CENTERS, LLC; MODESTO DIRECT APPLIANCE, INC.; AND ABC CORP. 1-10,<br><br>Defendants. | Case No.: 1:20-cv-01133-DAD-BAM<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT** |

This case was transferred to this Court from the United States District Court for the District of Pennsylvania Middle on August 14, 2020. (Doc. No. 156.) Currently before the Court is a stipulation filed on August 27, 2020, by Plaintiffs Erika Mendoza and James Hunt and by Defendants Electrolux Home Products, Inc., Lowe's Home Centers, LLC, and Modesto Direct Appliance, Inc., seeking to extend an August 27, 2020 deadline for Plaintiffs to file an amended complaint set by the District of Pennsylvania Middle court. (Doc. No. 162.) According to the stipulation, Defendants Sharp Manufacturing Company of America, a Division of Sharp Electronics Corporation, Sharp Appliances Thailand Limited, Midea America Corp., and Midea Microwave and Electrical Appliances Manufacturing Co. Ltd. have consented to the stipulation, although they are not signatories. (*Id.*) The stipulation requests an eight-day extension to September 4, 2020, so that Defendants may have additional time to determine whether it is necessary to file a motion to seal information proposed to

be included in the complaint that was designated as confidential under a protective order entered by the District of Pennsylvania Middle court.[1] (*Id.*)

The parties filed their stipulation on August 27, 2020, the day the amended complaint was due. (*See* Doc. Nos. 155, 162.) Counsel is remined that they are required to seek to obtain a necessary extension as soon as the need for an extension becomes apparent. L.R. 144(d). Requests for Court-approved extensions brought on the required deadline are looked upon with disfavor. *Id.* However, based upon the limited extension sought as well as the representation that all parties consent to the extension, and in the interest of justice, the Court finds that the parties' request is warranted and no prejudice will result.

The parties are further advised that any future extensions will require a demonstrated showing of good cause.  Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' amended complaint shall be filed on or before September 4, 2020.

IT IS SO ORDERED.

Dated:   **August 28, 2020**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

---

[1]   The parties are advised that requests to seal are governed by Local Rule 141 and not by "Local Civil Rule 79-5.2.2" as stated in the stipulation. (*See* Doc. No. 156.)