Caitlin C. Blanche (SBN 254109)
caitlin.blanche@klgates.com
K&L Gates LLP
1 Park Plaza Twelfth Floor
Irvine, CA  92614
T: (949) 253-0900
F: (949) 253-0902

Michael S. Nelson (*pro hac vice*)
michael.nelson@klgates.com
K&L Gates LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA 15222-2613
T: (412) 355-6500
F: (412) 355-6501

Patrick J. Perrone (*pro hac vice*)
patrick.perrone@klgates.com
Loly G. Tor (*pro hac vice*)
loly.tor@klgates.com
K&L Gates LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102
T: (973) 848-4000
F: (973) 848-4001

Attorneys for Defendants
ELECTROLUX HOME PRODUCTS, INC.,
LOWE'S HOME CENTERS, LLC, and
MODESTO DIRECT APPLIANCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MENDOZA, JAMES HUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC., SHARP MANUFACTURING COMPANY OF AMERICA, a Division of SHARP ELECTRONICS CORPORATION; SHARP APPLIANCES THAILAND LIMITED; MIDEA AMERICA CORP.; MIDEA MICROWAVE AND ELECTRICAL APPLIANCES MANUFACTURING CO. LTD.; LOWE'S HOME CENTERS, LLC; MODESTO DIRECT APPLIANCE, INC.; AND ABC CORP. 1-10, | Case No.: 1:20-cv-1133<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS** |

-1-

Defendants.

**PLEASE TAKE NOTICE** that pursuant to E.D. Cal. Local Rule 141, Defendants Electrolux Home Products, Inc., Lowe's Home Centers, LLC, and Modesto Direct Appliance, Inc. (collectively "Defendants") hereby request that this Court issue an order that authorizes the sealing of the following documents:

- The Amended Complaint of Erika Mendoza, James Hunt, and all others similarly situated (collectively "Plaintiffs") at Paragraphs 8, 9, 42 (in part), 43 (in part), 44 (in part), 50, 54, 56 (in part), 59 (in part), 60 (in part), 62 (in part), 63 (in part), 68 (in part), 70 (in part), 72 (in part), 76 (in part), 77 (in part), 78 (in part), 83 (in part), 98 (in part), 99 (in part), 103 (in part), 136 (in part), 137 (in part), 138 (in part), 139 (in part), 140 (in part), 141 (in part), 142, 144 (in part), 145, 146 (in part), 147, 148, 149 (in part), 151 (in part), 152 (in part), 153, 156, 198 (in part), 200 (in part), 216 (in part); and

- Exhibits B and I to the Amended Complaint.

Upon good cause shown, the Amended Complaint should be sealed in part and Exhibits B and I to the Amended Complaint should be sealed in their entirety on the grounds that they contain confidential and proprietary information, and the public disclosure of the same would cause substantial competitive injury to Defendants, and because the disclosure of the same would violate Defendants' privacy rights under California law.

Defendants' Request to Seal Documents, Defendants' proposed order, and all relevant documents were submitted to this Court electronically on September 4, 2020 via Judge Drozd's proposed orders email at dadorders@caed.uscourts.gov.

On September 4, 2020, Defendants served all parties of record with copies of:  (1) Defendants' Notice of Request to Seal Documents; (2) Defendants' Request to Seal Documents; (3) Defendants' proposed order; (4) an unredacted copy of the Amended Complaint with the proposed redactions highlighted; (5) Exhibit B to the Amended Complaint; (6) Exhibit I to the Amended Complaint; and (7) related documents referenced in the Request to Seal via electronic mail.

-2-

Dated: September 4, 2020

Respectfully submitted,

**K&L GATES LLP**

*/s/*
Caitlin C. Blanche
1 Park Plaza Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile: (949) 253-0902
E-mail: caitlin.blanche@klgates.com

*Attorneys for Defendants Electrolux Home
Products, Inc., Lowe's Home Centers, LLC, and
Modesto Direct Appliance, Inc.*

////////

-3-