UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MENDOZA, JAMES HUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., et al.,<br><br>Defendants. | Case No.  1:20-cv-01133-DAD-BAM<br><br>**ORDER DENYING, WITHOUT PREJUDICE, STIPULATION TO SET TIME FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT**<br><br>(Doc. No. 165) |

This case was transferred to this Court from the United States District Court for the Middle District of Pennsylvania on August 14, 2020. (Doc. No. 156.)  Currently before the Court is a stipulation filed on September 19, 2020, by Plaintiffs Erika Mendoza and James Hunt ("Plaintiffs") and by Defendants Electrolux Home Products, Inc., Lowe's Home Centers, LLC, and Modesto Direct Appliance, Inc. ("Defendants"), seeking to extend the time for Defendants to answer, move or otherwise respond to the Amended Complaint and to establish a briefing schedule for any motion(s) filed by Defendants. (Doc. No. 165.)  According to the stipulation, Defendants seek additional time to respond to the Amended Complaint based, in part, on a pending Request to Seal Documents as to the Amended Complaint and two of its exhibits.  (*Id.* at 3.)

1

On October 1, 2020, the Court denied the Request to Seal Documents as to the Amended Complaint and two of its exhibits without prejudice. (Doc. No. 176.) By that order, Defendants are not precluded from filing a renewed request to seal as to the Amended Complaint, and the Court has not directed the immediate filing of the Amended Complaint.[1]

In the absence of an operative Amended Complaint, Defendants' stipulation for an extension of time to respond is unnecessary. Accordingly, IT IS HEREBY ORDERED that the parties' stipulation to set time for Defendants to file a response to the Amended Complaint is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **October 2, 2020**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The parties previously stipulated, with the Court's approval, to extend the deadline for filing the Amended Complaint to September 4, 2020. (Doc. No. 163.) In lieu of an Amended Complaint, Defendants filed their Notice of Request to Seal Documents. (Doc. No. 164.)