1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MENDOZA, JAMES HUNT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ELECTROLUX HOME PRODUCTS, INC., et al.,<br><br>                    Defendants. | Case No.  1:20-cv-01133-DAD-BAM<br><br>**ORDER GRANTING STIPULATION TO REDACT PARAGRAPH 76 OF AMENDED COMPLAINT**<br><br>(Doc. No. 189) |

        Currently before the Court is the parties' Stipulation to Redact Paragraph 76 of the Amended Complaint.  (Doc. No. 189.)  Pursuant to the parties' stipulation, and a sufficient showing having been made under E.D. Cal. Local Rule 141 to require such filing under seal, IT IS HEREBY ORDERED that Plaintiffs shall file under seal an unredacted copy of the Amended Complaint, and, within three (3) days of the date of this Order, Plaintiffs shall also file a redacted copy of the Amended Complaint on the public docket that redacts paragraph 76 of the Amended Complaint.

IT IS SO ORDERED.

    Dated:   **November 12, 2020**          ___/s/ Barbara A. McAuliffe___

                                UNITED STATES MAGISTRATE JUDGE

1